IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PRECISION TELEPHONE SERVICES, INC., <br> *Plaintiff*, <br><br> v. <br><br> JOHN DOE, et al., <br><br> *Defendants* | Civil No. 1:17-cv-1253 <br><br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Magistrate Judge Buchanan's Report and Recommendation ("R&R") (Dkt. 15). The R&R was entered on December 18, 2017, and there have been no objections filed. After reviewing the record and the R&R, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the R&R (Dkt. No. 15) in full.

Consequently, Plaintiff's motion for Entry of Default Judgment (Dkt. No. 11) is hereby **GRANTED**. It is hereby Ordered, as further relief in this matter, that the Registry of Record, Verisign, shall promptly change the registrar for the domain name <roxi.com> as directed by Plaintiff's Counsel for the benefit of Plaintiff; and it is further Ordered that Verisign shall place the referenced domain names in the account as directed by the Plaintiff's Counsel for the benefit of Plaintiff. The remaining claims asserted in the Complaint (Dkt. 1) are dismissed without prejudice.

It is **SO ORDERED**.

January 19, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge

1